Mark S. Hilario, Bar No. 4811
HILARIO LAW FIRM
2722 3rd Avenue North, Suite 400
P.O. Box 22598
Billings, Montana 59104
Telephone: 406-294-9900
Facsimile: 406-294-9901
mark.hilariolawfirm@gmail.com

Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No: 18-60054 |
| CALVIN C. WATKINS JR., | ) | |
| FRANCES A. WATKINS | ) | **MOTION TO DISMISS** |
| | ) | **and** |
| Debtors. | ) | **NOTICE** |
| | ) | |

     COME NOW the Debtors, by and through counsel, and pursuant to F.R.B.P. 1017 and Mont. LBR 1017-1, hereby move the Court to dismiss their Chapter 13 Bankruptcy case.

     DATED this 5th day of March, 2018.

                                            /s/ Mark S. Hilario
                                      MARK S. HILARIO, Attorney for Debtors

## NOTICE OF OPPORTUNITY TO RESPOND
## AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

> **NOTICE OF HEARING**
> **Date:** _____
> **Time:**_____
> **Location:**_____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 5th day of March, 2018.

                                              /s/ Mark S. Hilario
                                  MARK S. HILARIO, Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned, Mark S. Hilario, do hereby certify under penalty of perjury that a copy of the within, was sent via ECF to:

Robert Drummond, Chapter 13 Trustee  
P.O. Box 1829  
Great Falls, Montana 59403

Neal Jensen  
U.S. Bankruptcy Trustee  
P.O. Box 3509  
Great Falls, MT  59403

I further certify that on the   5th   day of March, 2018, I served a true and correct copy of the foregoing, by placing a copy of the same in the U.S. mail, postage prepaid, and addressed to:

DITECH FINANCIAL LLC  
P.O.  BOX 6172  
RAPID CITY, SD 57709

VALLEY FEDERAL CU  
PO BOX 20417  
BILLINGS, MT 59104-2333

DEPARTMENT OF TREASURY IRS  
INTERNAL REVENUE SERVICE  
AUSTIN, TX 73301-0030

MT DEPARTMENT OF REVENUE  
BANKRUPTCY UNIT  
PO BOX 7701  
HELENA, MT 59604-7701

CB1 COLLECTIONS  
3318 3RD AVE N STE 100  
PO BOX 31213  
BILLINGS, MT 59107

CBI, INC.  
DBA CBB COLLECTIONS  
200 N, 34TH ST., STE. 104  
BILLINGS, MT 59101-1914

COLLECTION BUREAU SERVICE  
212 E. SPRUCE ST  
MISSOULA, MT 59802

ERC  
PO BOX 57610  
JACKSONVILLE, FL 32241

FINGERHUT  
6250 RIDGEWOOD ROAD  
SAINT CLOUD, MN 56303

GREAT LAKES  
PO BOX 7860  
MADISON, WI 53707-7860

SCL HEALTH  
PO BOX 912590  
DENVER, CO 80291

INTERNAL REVENUE SERVICE  
PO BOX 7346  
PHILADELPHIA, PA 19101

MT DEPARTMENT OF REV  
BANKRUPTCY UNIT  
PO BOX 7701  
HELENA, MT 59604-7701

NATIONSTAR MORTGAGE LLC  
 d/b/a MR. COOPER  
PO BOX 619096,  
DALLAS, TEXAS 75261-9741

   /s/ Mark S. Hilario   
MARK S. HILARIO